IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDWARD SILACZ, | ) |
| Plaintiff, | ) ) ) ) |
| vs. | ) No. 04 C 6143 ) |
| The TOWN OF CICERO, an Illinois municipal corporation, a body politic, et al., | ) ) ) ) ) |
| Defendants. | ) |

## MEMORANDUM OPINION AND ORDER

As former President Clinton can attest, the ability of a "high-ranking public official" to avoid a deposition is limited. The motion to compel the deposition of Town President Larry Dominick is granted.

Dominick was on the Pension Board and took part in the meeting dealing with plaintiff's pension. He may not know how much (and his deposition may be far shorter than the time devoted to briefing this issue), but plaintiff is entitled to know what that is.

JAMES B. MORAN
Senior Judge, U. S. District Court

March 7, 2008.